UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GUARANTEE INSURANCE COMPANY,                    CASE NO.

     Plaintiffs,

v.

AMAZING HOME CARE SERVICES, LLC,

     Defendant.

_____/

## COMPLAINT

Plaintiff, Guarantee Insurance Company, sues defendant, Amazing Home Care Services, LLC, and says:

### PARTIES AND VENUE

1.    This is an action for damages exceeding $75,000.00 exclusive of interest, costs and attorneys' fees, and is within the jurisdiction of this Court pursuant to 28 USC Section 1332.

2.    Guarantee is an active Florida corporation whose principal place of business is in Fort Lauderdale, Broward County, Florida.

3.    Amazing Home is an active New York limited liability company whose principal place of business is in Bronx, Bronx County, New York. On information and belief, Amazing Home's manager/member is Joseph Stenfeld, a person over eighteen years old and citizen of Bronx, Bronx County, New York.

4.    Venue in this district is proper pursuant to Sections 47.041 and 47.051, Florida Statutes, in that the causes of action accrued in this district. Further, the policy in issue was produced and delivered in Miami, Miami-Dade County, Florida.

### GENERAL ALLEGATIONS

5.    On or about 1 January 2011, Guarantee issued Amazing Home workers' compensation

and employers liability policy number GWEX323000030-110 (the policy). A copy of the policy is attached as exhibit 1.

6.      The policy is a high deductible policy that requires Amazing Home to reimburse Guarantee for designated costs and expenses within the specified deductible limit (the deductible premium, which is the loss-sensitive component of the policy).

7.      The policy has a fixed component that is not loss-sensitive (the standard premium, which is not driven by claims costs and expenses) that Amazing Home is obligated to pay.

8.      Pursuant to the policy, Guarantee computed the standard and deductible premiums due and determined that Amazing Home owes premiums for the coverage provided in the following amounts:[1]

| Standard Premium | Deductible Premium |
| --- | --- |
| $156,274,05 | $310,659.19 |

9.      Guarantee demanded that Amazing Home pay the premiums due, but Amazing Home has failed and refused to do so.

10.     Guarantee has performed all obligations required of it under the policy. All conditions precedent to this action have occurred or have been waived or performed.

**COUNT I**
**Breach of Contract**

11.     Guarantee realleges paragraphs 1- 10 and incorporates them as if here reiterated.

12.     The policy is a contract of insurance that contains the respective rights and responsibilities of Guarantee as the insurer and Amazing Home as the insured.

13.     Amazing Home breached its contract by failing and refusing to pay premiums due.

14.     As a result of Amazing Home's breach of contract, Guarantee has been damaged.

---

[1] Given the policy's loss-sensitive feature, the deductible premium may change as claims develop.

WHEREFORE, Plaintiff, Guarantee Insurance Company, requests the entry of judgment against defendant, Amazing Home Care Services, LLC, for damages in a principal amount according to proof but exceeding $75,000.00; interest; costs, and such further relief this Court deems appropriate.

Dated 7 November 2012

Respectfully submitted,

_____

Mary Morris
Florida Bar No. 55573
Morris & Morris, P.A.
Attorneys for Guarantee Insurance Company
777 South Flagler Drive, Suite 800- West Tower
West Palm Beach, Florida 33401
Telephone Number 561.838.9811
Facsimile Number 561.828.9351
E-mail address momorris@morris-morris.com

**WORKERS COMPENSATION AND
EMPLOYERS LIABILITY INSURANCE POLICY**

**GUARANTEE INSURANCE COMPANY**
A Stock Company

**FORT LAUDERDALE, FLORIDA**
401 E. Las Olas Boulevard, Suite 1540
Fort Lauderdale, Florida 33301

THESE POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.

WC 00 00 00 A

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Steven Makano, Chief Executive Officer

Theodore G. Bryant, Secretary

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## QUICK REFERENCE

|  | BEGINNING ON PAGE |
|---|---|
| **INFORMATION PAGE** | |
| **GENERAL SECTION** | 1 |
| A. The Policy | 1 |
| B. Who Is Insured | 1 |
| C. Workers Compensation Law | 1 |
| D. State | 1 |
| E. Locations | 1 |
| **PART ONE-WORKERS COMPENSATION INSURANCE** | 1 |
| A. How This Insurance Applies | 1 |
| B. We Will Pay | 1 |
| C. We Will Defend | 1 |
| D. We Will Also Pay | 1 |
| E. Other Insurance | 1 |
| F. Payments You Must Make | 2 |
| G. Recovery From Others | 2 |
| H. Statutory Provisions | 2 |
| **PART TWO-EMPLOYERS LIABILIY INSURANCE** | 2 |
| A. How This Insurance Applies | 2 |
| B. We Will Pay | 2 |
| C. Exclusions | 3 |
| D. We Will Defend | 3 |
| E. We Will Also Pay | 3 |
| F. Other Insurance | 4 |
| G. Limits of Liability | 4 |

|  | BEGINNING ON PAGE |
|---|---|
| **PART TWO - EMPLOYERS LIABILITY INSURANCE (Cont'd.)** | 4 |
| H. Recovery From Others | 4 |
| I.  Actions Against Us | 4 |
| **PART THREE-OTHER STATES INSURANCE** | 4 |
| A. How This Insurance Applies | 4 |
| B. Notice | 4 |
| **PART FOUR-YOUR DUTIES IF INJURY OCCURS** | 4 |
| **PART FIVE-PREMIUM** | 5 |
| A. Our Manuals | 5 |
| B. Classifications | 5 |
| C. Remuneration | 5 |
| D. Premium Payments | 5 |
| E. Final Premium | 5 |
| F. Records | 5 |
| G. Audit | 5 |
| **PART SIX-CONDITIONS** | 6 |
| A. Inspection | 6 |
| B. Long Term Policy | 6 |
| C. Transfer Of Your Rights and Duties | 6 |
| D. Cancellation | 6 |
| E. Sole Representation | 6 |

**IMPORTANT:** This Quick Reference is not part of the Workers Compensation and Employers Liability Insurance Policy And does not provide coverage. Refer to the Workers Compensation and Employers Liability Insurance Policy itself for actual contractual provisions.

## PLEASE READ THE POLICY CAREFULLY.

Copyright 1991 National Council on Compensation Insurance

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A.    The Policy**
This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B.    Who Is Insured**
You are insured if you are an employer named in item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C.    Workers Compensation Law**
Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D.    State**
State means any state of the United States of America, and the District of Columbia.

**E.    Locations**
This policy covers all of your workplaces listed in items 1 or 4 of the Information Page; and it covers all other workplaces in item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

**A.    How This Insurance Applies**
This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1.    Bodily injury by accident must occur during the policy period.

2.    Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B.    We Will Pay**
We will pay promptly when due the benefits required of you by the workers compensation law.

**C.    We Will Defend**
We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D.    We Will Also Pay**
We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1.    reasonable expenses incurred at our request, but not loss of earnings;

2.    premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3.    litigation costs taxed against you;

4.    interest on a judgment as required by law until we offer the amount due under this insurance; and

5.    expenses we incur.

**E.    Other Insurance**
We will not pay more than our share of benefits and costs covered by this insurance and other

(c) 1991 National Council on Compensation Insurance

WC 00 00 00 A — WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 4-92)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**
You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**
We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**
These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

**A. How This Insurance Applies**
This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**
We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed

2of 6

(c) 1991 National Council on Compensation Insurance

(c) 1991 National Council on Compensation Insurance

against such third party as a result of injury to your employee.

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Conti-

nental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. bodily injury to a master or member of the crew of any vessel;

11. fines or penalties imposed for violation of federal or state law; and

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal laws or regulations issued thereunder, for violation of those laws or amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

WC 00 00 00 A

(Ed. 4-92)

## PART THREE
## OTHER STATES INSURANCE

**A. How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**
Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

**F. Other Insurance**
We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until all remaining insurance is paid.

**G. Limits of Liability**
Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**
We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**
There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

(c) 1991 National Council on Compensation Insurance

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 00 00 A**

(Ed. 4-92)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

**A.　Our Manuals**
All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.　Classifications**
Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.　Remuneration**
Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D.　Premium Payments**
You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E.　Final Premium**
The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

**F.　Records**
You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G.　Audit**
You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

(c) 1991 National Council on Compensation Insurance

**5 of 6**

WC 00 00 00 A  **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 4-92)

## PART SIX - CONDITIONS

**A.  Inspection**
We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B.  Long Term Policy**
If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C.  Transfer of Your Rights and Duties**
Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D.  Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E.  Sole Representative**
The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

6 of 6

(c) 1991 National Council on Compensation Insurance

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## INFORMATION PAGE

NCCI Co. No.

**20850**

**Guarantee Insurance Company**

A Stock Company
Fort Lauderdale, FL
401 E. Las Olas Boulevard, Suite 1540
Fort Lauderdale, FL 33301
For questions, issues call 866-827-4669

Policy No.

GWEX323000030-110

Renewal of Policy No.

NEW

☐ Individual   ☐ Partnership

☒ Corporation or _____

1. The Insured/Mailing address:

Amazing Home Care Services LLC
1601 Bronxdale Ave
Suite 207
Bronx, NY 10462

Insured's I.D. No(s)., if applicable

FEIN   261965234

Other workplaces not shown above:  **See Schedule**

2. The policy period is from  **01/01/2011**  to  **09/30/2011**  12:01 A.M. Standard Time, at the
   insured's mailing address

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:
   **NY**

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our
   liability under Part Two are: Bodily Injury by Accident $ __1,000,000__ each accident
   Bodily Injury by Disease $ __1,000,000__ policy limit
   Bodily Injury by Disease $ __1,000,000__ each employee

   C. Other States Insurance:  Part Three of the policy applies to the states, if any, listed here:
   **ALL STATES EXCEPT:AK AZ CA CT HI ID IL IA KS MD MA MI MN**
   **NC NH ND OH OR PR RI SC SD TN TX UT VT WA WI WY**

   D. This policy includes these endorsements and schedules:  SEE SCHEDULE OF ENDORSEMENTS

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required
   below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 or Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | See Item 4. Extension WC 00 00 01 A | | |

| | | |
|---|---|---|
| If indicated below, interim adjustments of premium shall be made - | Premium for Increased Limits Part Two, if applicable | $ .00 |
| | Total Premium Subject to the Experience Modification | $ 376,080.00 |
| ☐ Semiannually; ☐ Quarterly; ☐ Monthly | Premium modified to Reflect Experience Mod. Of        See Schedule | $ 376,080.00 |
| ☐ This is a Three Year Fixed Rate Policy | Other Premium Charges | $ .00 |
| | Total Estimated Standard Premium | $ 376,080.00 |
| | Premium Discount, if applicable | $ .00 |
| | Expense Constant Charge | $ 200.00 |
| | Total Estimated Premium | $ 376,280.00 |
| | Other Premium Charges | $ 34,222.00 |
| | Total Estimated Annual Premium | $ 410,502.00 |

| Minimum Premium $  875.00 | Deposit Premium $  .00 |
|---|---|

Name of Producer: Seitlin
Producer Address: 9800 NW 41st Street
Miami, FL 33178

Countersigned By _____

Authorized Representative          Date

THIS INFORMATION PAGE WITH THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED POLICY

WC 00 00 01 A

# GUARANTEE INSURANCE COMPANY

### Notice

### Guarantee Insurance Company's Privacy Policy

Dear Policyholder:

The nature of our insurance business at Guarantee Insurance Company requires that we gather and maintain a variety of information about our current and potential customers and consumers, including nonpublic personal information about individuals. We are committed to keeping confidential and secure any such nonpublic personal information. We will disclose nonpublic personal information obtained in the course of our business only as permitted by law.

## Categories of Personal Information We May Obtain

We may obtain nonpublic personal information from the following sources:

- **Application or other underwriting forms.** These forms provide us with information we need as part of the underwriting process; this can include such nonpublic personal information as individuals' names, addresses, social security numbers and any other information about individuals that we are authorized to obtain in order to underwrite and administer policies.

- **Information we obtain from third parties.** The kind of information we may gather from third parties depends on the type of insurance policy or coverage, but may include such nonpublic personal information as motor vehicle reports, claims reports, credit reports, property inspection reports, and medical records or reports.

- **Information about transactions and experiences with us or with our affiliates.** We develop and maintain individuals' personal information, such as policy numbers, premium payments and claims history, obtained on the basis of Guarantee Insurance Company's or its affiliates transactions and experiences.

## How We May Use and Share Personal Information

We may use and share all of the information that we obtain as described below:

- **Within Guarantee Insurance Company**

  Within Guarantee Insurance Company we only use nonpublic personal information received to service or maintain policies, to effect, process, administer or enforce requested or authorized transactions, or for other purposes as permitted by law. We restrict access to nonpublic personal information to those employees who have a business reason to know that information to provide products and services. We also maintain physical, electronic, and procedural safeguards in order to protect against unauthorized use or disclosure of nonpublic personal information.

- **With Affiliates and Non-Affiliated Third Parties**

  We may disclose information about Guarantee Insurance Company's customers and consumers to others, including our affiliates (i.e. companies that are related to us by common ownership or control), in order to offer insurance products or services that may be of value.

  We may also disclose nonpublic personal information without prior permission to nonaffiliated third parties (i.e., persons or companies that are not related to us by common ownership or control) as necessary to effect, process, administer or enforce a requested or authorized transaction, or for other purposes as permitted by law.

  When we provide nonpublic personal information to a nonaffiliated third party who performs services for us, we require that provider to agree to safeguard any nonpublic personal information, to use the information only for the intended purpose, and to abide by applicable law.

## Confidentiality of Health and Medical Information

It is often necessary for us to obtain personal health information in order to underwrite and process claims for various types of insurance coverages. We recognize concerns about the security of that information and want to provide assurance that any personal health data provided to us or that we otherwise obtain will be held in strict confidence. We will not disclose or share personal medical information for marketing or any other unauthorized purpose. We may disclose or share personal medical information as permitted by law; for example, in order to underwrite policies or administer policies or claims.

## Purpose of and Updates to This Notice

We recognize and respect the privacy concerns of our potential and current customers and consumers. We may amend our privacy policy from time to time. We send this notice of our privacy policy at this time as required for informational purposes, and we will update and distribute it as required by law.

**GIC Privacy Notice**

**Item 1     Extension Schedule**

**Schedule of Named Insured and Locations**

| LOCATIONS: | FEIN #: |
|---|---|
| Bronx Center For Rehabilitation<br>1010 Underhill Ave<br>Bronx, NY  10472 | 134021585 |
| Senior Care EMS<br>855 Brush Ave<br>Bronx, NY  10465 | 202081121 |
| Split Rock Rehab & HCC<br>3525 Baychester Ave<br>Bronx, NY  10466 | 043712277 |
| University Nursing HOme<br>2505 Grand Ave<br>Bronx, NY  10468 | 134178465 |
| Williamsbridge Manor Nursing Home<br>1540 Tomlinson Ave<br>Bronx, NY  10461 | 113213042 |
| Brooklyn Center For Rehab<br>1455 Coney Island<br>Brooklyn, NY  11230 | 204031436 |

.

| | |
|---|---|
| **Insured:** | Amazing Home Care Services LLC |
| **Policy Number:** | GWEX323000030-110 |
| **Effective Date:** | 01/01/2011 |

**Item 1     Extension Schedule**

**Schedule of Named Insured and Locations**

| LOCATIONS: | FEIN #: |
|---|---|
| Centers for Care<br>204 Broadway<br>Brooklyn, NY  11211 | 134021585 |
| Intergen Health LLC<br>1650 Eastern Parkway<br>Brooklyn, NY  11233 | 262213591 |
| Wartburg Nursing Home<br>50 Sheefield Ave<br>Brooklyn, NY  11207 | 262801131 |
| Stonehedge Acquisition Chittenango LLC<br>331 Russell St<br>Chittenango, NY  13037 | 203671544 |
| New Franklin Nursing Home<br>142-27 Franklin Ave<br>Flushing, NY  11355 | 522384066 |
| Holliswood Care Center Inc<br>195-44 Woodhull Ave<br>Hollis, NY  11423 | 112532593 |

**Insured:**        Amazing Home Care Services LLC
**Policy Number:**  GWEX323000030-110
**Effective Date:** 01/01/2011

**Item 1     Extension Schedule**

**Schedule of Named Insured and Locations**

| LOCATIONS: | FEIN #: |
|---|---|
| Medical Director Services, PC<br>44 Plum Rd<br>Monsey, NY 10952 | 208305340 |
| Fort Tyron Nursing Home<br>801 West 190th Street<br>New York, NY 10040 | 522384249 |
| Suffolk Center for Rehab<br>25 Schoenfeld Blvd<br>Patchogue, NY 11772 | 208953981 |
| Center for Rehab @ Dutchess<br>9 Reservoir Rd<br>Pauling, NY 12564 | 020728552 |
| Stonehedge Nursing Home-Rome<br>801 North James St<br>Rome, NY 13440 | 203671938 |
| Queens Center for Rehab<br>157-15 19th Ave<br>Whitestone, NY 11357 | 830395861 |

**Insured:**            Amazing Home Care Services LLC
**Policy Number:**   GWEX323000030-110
**Effective Date:**   01/01/2011

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**PAGE      8**            **EXTENSION OF INFORMATION PAGE**

**NAME AND ADDRESS OF INSURED**

Amazing Home Care Services LLC

**POLICY NUMBER**

GWEX323000030-110

**ISSUE DATE**

### ITEM 4 ** S C H E D L E O F P R E M I U M  F O R  NY **

| CODE NO. | CLASSIFICATIONS | TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| 8394 | Bus Company-All Other Employee | 1,720,000 | 6.46 | 111,112.00 |
| 8810 | Clerical Office Employees NOC | 15,298,326 | .24 | 36,716.00 |
| 8829 | Nursing Home-All Employees | 18,241,683 | 4.20 | 766,151.00 |
| 9051 | Health Care-Daily Living Skill | 18,210,928 | 3.96 | 721,153.00 |
|  | Manual Premium |  |  | 1,635,132.00 |
| 9663 | Deductible/Coinsurance - Limit: 250,000 |  | .7700 | 1,259,052.00- |
|  | Standard Premium |  |  | 376,080.00 |
|  | Normal Premium |  |  | 376,080.00 |
| 0900 | Expense Constant |  |  | 200.00 |
| 9740 | Foreign Terrorism .053 |  |  | 28,340.00 |
| 9741 | Domestic Terrorism Charge .011 |  |  | 5,882.00 |
|  | Total Estimated Premium |  |  | 410,502.00 |
|  | Prorata Premium |  |  | 305,875.00 |
|  | NY State Assessment (00932)  18.1000% /  18.1000% |  |  | 220,489.00 |
|  | Total |  |  | 526,364.00 |

WC 00 00 01 A

## Item 3.D.  Extension Schedule

**Schedule of Forms and Endorsements**

| Form Number: | Edition: | Description: |
|---|---|---|
| WC000000A | (04/92) | POLICY PAGE ENDORSEMENT |
| WC000001A | (04/92) | INFORMATION PAGE |
| WC000404 | (04/84) | PENDING RATE CHG ENDORSEMENT |
| WC000414 | (07/90) | NOTE OF CHG IN OWNERSHIP END |
| WC000419 | (01/01) | PREMIUM DUE DATE ENDORSEMENT |
| WC000421C | (09/08) | CATASTROPHE PREM ENDORSEMENT |
| WC000422A | (09/08) | TRIP REAUT ACT DISCLOSURE END |
| WC310308 | (04/84) | NY LIMIT OF LIABILITY ENDORSE |
| WC310315A | (01/00) | NY BENEFITS DEDUCTIBLE END |
| WC310319E | (10/07) | NY CONSTR CLS PREM ADJ PGM EXP |
| WC990302 | (10/98) | ADDITIONAL INSURED (S) END |
| WC990405A | (04/99) | INSTALLMENT PAYMENT END |
| GIC Privacy Not (01/03) | | GIC PRIVACY NOTICE |

**Insured:**          Amazing Home Care Services LLC
**Policy Number:**  GWEX323000030-110
**Effective Date:**   01/01/2011

## PENDING RATE CHANGE ENDORSEMENT

A rate change filing is being considered by the proper regulatory authority. The filing may result in rates different from the rates shown on the policy. If it does, we will issue an endorsement to show the new rates and their effective date.

If only one state is shown in Item 3.A. of the Information Page, this endorsement applies to that state. If more than one state is shown there, this endorsement applies only in the state shown in the Schedule.

### Schedule

**State**

NY

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:  1/01/2011

File No. 32300000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20,850
Premium:  $410,302.00

Insured:  Amazing Home Care Services LLC

Insurance Company: Guarantee Insurance Company

**WC 00 04 04**
(Ed. 4/84)

Countersigned by _____

Copyright 1983 National Council on Compensation Insurance, Inc.
Socius-10541                                    Printed on: January 27, 2011                    BALWIN01

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insured's. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:   1/01/2011

File No. 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:   20,850
Premium:  $410,302.00

Insured:

Insurance Company: Guarantee Insurance Company

**WC 00 04 14**
(Ed. 7/90)

Countersigned by _____

Copyright 1990 National Council on Compensation Insurance, Inc.

Serial: 10541

Printed on: January 27, 2011

BALWIN01

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:   1/01/2011

File No. 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:   20,850
Premium:   $410,302.00

Insured:   Amazing Home Care Services LLC

Insurance Company:   Guarantee Insurance Company

**WC 00 04 19**
(Ed. 1/01)

Countersigned by _____

Copyright 2000 National Council on Compensation Insurance, Inc.
Sedis-10541                                   Printed on: January 27, 2011                   BALWINDI

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
  a. It is an act that is violent or dangerous to human life, property, or infrastructure;
  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

WC 00 04 21 C                                                    1 of 2

## Schedule

| State | Rate | Premium | State | Rate | Premium |
|-------|------|---------|-------|------|---------|
| NY | .011 | $5,882.00 | | | |

2 of 2

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:  1/01/2011

File No. 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20,850
Premium:  $410,302.00

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

**WC 00 04 21 C**
(Ed. 9/08)

Countersigned by _____

Copyright 2008 National Council on Compensation Insurance, Inc.
Serial-10541                                      Printed on: January 27, 2011                    DALWIND1

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

a. The act is an act of terrorism.
b. The act is violent or dangerous to human life, property or infrastructure.
c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of the United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**WC 00 04 22 A**                                               1 of 2

## Schedule

| State | Rate | Premium | State | Rate | Premium |
|-------|------|---------|-------|------|---------|
| NY | .053 | $28,340.00 | | | |

2 of 2

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:   1/01/2011

File No. 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20850
Premium:  $410,302.00

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

**WC 00 04 22 A**
(Ed. 9/08)

Countersigned by _____

Copyright 2008 National Council on Compensation Insurance, Inc.

Scifin-10541                               Printed on: January 27, 2011                          BALWIN01

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:  1/01/2011

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

Policy No.: 323000000030110
Carrier Policy No.: GWEX323000030-110

Countersigned by

Endorsement No.:
Carrier No.:  20850
Premium:  $410,302.00

**WC 31 03 08**
(Ed. 4/84)

Copyright 1992 National Council on Compensation Insurance.
Scalta-10541

Printed on: January 27, 2011

BALWIN01

## NEW YORK BENEFITS DEDUCTIBLE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because New York is shown in Item 3.A. of the Information Page.

1. Part One (Workers Compensation Insurance) applies only to benefits in the excess of the deductible amount of $ 250,000. This deductible applies separately to each occurrence.

2. We will pay the deductible amount for you, but you must reimburse us promptly after we send you notice that payment is due.

3. The maximum amount you are obligated to reimburse us is an amount equal to your estimated annual premium at the inception of the policy to which this endorsement applies.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:  1/01/2011

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

Policy No.: 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20850
Premium:  $410,302.00

**WC 31 03 15 A**
(Ed. 1/00)

Countersigned by

Copyright 1991 National Council on Compensation Insurance.
Section-10541

Printed on: January 27, 2011

BALWIN01

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
## EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5506 | 5645 | 6018 | 6252 | 7601 | 9553 |
| 3365 | 5059 | 5213 | 5443 | 5507 | 5648 | 6045 | 6260 | 7855 | |
| 3724 | 5069 | 5221 | 5445 | 5508 | 5651 | 6204 | 6306 | 8227 | |
| 3726 | 5102 | 5222 | 5462 | 5536 | 5701 | 6216 | 6319 | 9526 | |
| 3737 | 5160 | 5223 | 5473 | 5538 | 5703 | 6217 | 6325 | 9527 | |
| 5000 | 5183 | 5348 | 5474 | 5545 | 5709 | 6229 | 6400 | 9534 | |
| 5022 | 5184 | 5402 | 5479 | 5547 | 6003 | 6233 | 6701 | 9539 | |
| 5037 | 5188 | 5403 | 5480 | 5606 | 6005 | 6235 | 7536 | 9545 | |
| 5040 | 5190 | 5428 | 5491 | 5610 | 6017 | 6251 | 7538 | 9549 | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one-or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| Policy Effective Date | Third Quarter Payroll |
|---|---|
| 4/1/06 thru 3/31/07 | 2005 |
| 4/1/07 thru 3/31/08 | 2006 |
| 4/1/08 thru 3/31/09 | 2007 |
| 4/1/09 thru 3/31/10 | 2008 |
| 4/1/10 thru 3/31/11 | 2009 |
| 4/1/11 thru 3/31/12 | 2010 |
| 4/1/12 thru 3/31/13 | 2011 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 200 East Forty-Second Street, New York, New York 10017.

Applications must be received by the Rating Board six (6) months prior to the policy renewal effective date. The Rating board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

**2 of 2**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:   1/01/2011

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

Policy No.: 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20850
Premium:  $410,302.00

**WC 31 03 19 E**
(Ed. 10/07)

Countersigned by

Copyright 2008. New York Compensation Insurance Rating Board.
Serial=10641                                        Printed on: January 27, 2011                          BALWIN01

## ADDITIONAL INSURED(S) ENDORSEMENT

It is agreed that such insurance as is afforded by this policy also applies to the following as Additional Insured(s), but only with respect to employees hired by and included on the payroll of the named insured while performing work for the Additional Insured(s).

Additional Insured(s):

Refer to "Item 1 - Extension schedule - Schedule of Named Insured" for list of Additional Insured.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:   1/01/2011

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

Policy No.: 323060000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.:  20850
Premium:  $410,302.00

**WC 99 03 02**
(Ed. 10/98)

Countersigned by _____

## INSTALLMENT PAYMENT ENDORSEMENT

In addition to the deposit premium, you agree to make the following installment payments on the date specified.

These payments may be revised pursuant to a mid-term analysis of premium based on payrolls which you may be asked to submit to us.

| Date Due | Installment Amount | Tax Amount | Amount Due |
|---|---|---|---|
| 1/01/2011 | $33,964 | | $33,964 |
| 2/01/2011 | $33,964 | | $33,964 |
| 3/01/2011 | $33,964 | | $33,964 |
| 4/01/2011 | $33,964 | | $33,964 |
| 5/01/2011 | $33,964 | | $33,964 |
| 6/01/2011 | $33,964 | | $33,964 |
| 7/01/2011 | $33,964 | | $33,964 |
| 8/01/2011 | $33,964 | | $33,964 |
| 9/01/2011 | $33,964 | | $33,964 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy)

Endorsement Effective:  1/01/2011

File No. 323000000030110
Carrier Policy No.: GWEX323000030-110

Endorsement No.:
Carrier No.: 20850
Premium: $410,302.00

Insured:  Amazing Home Care Services LLC

Insurance Company:  Guarantee Insurance Company

WC 99 04 05 A
(Ed. 4/99)

Countersigned by _____

Printed on January 27, 2011

DALWIN01